David R. Sugden, Bar No. 218465
dsugden@calljensen.com
Delavan J. Dickson, Bar No. 270865
ddickson@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant University of La Verne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF LA VERNE,<br><br>Defendant. | Case No.  2:20-cv-07665-MCS-RAOx<br>Assigned to Hon. Mark C. Scarsi<br><br>**ANSWER OF DEFENDANT UNIVERSITY OF LA VERNE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**<u>JURY TRIAL DEMANDED</u>**<br><br>Second Am. Compl.:   February 22, 2021<br>Complaint Filed:       August 23, 2020<br>Trial Date:            None Set |

UNI13-20:3029015_1:4-28-21

1   Defendant University of La Verne ("Defendant") hereby answers the allegations

2 in Plaintiff Brianna Arredondo's ("Plaintiff") Second Amended Complaint

3 ("Complaint") against Defendant as follows:

4      1.    In response to Paragraph 1 of the Complaint, Defendant is without

5 knowledge or information sufficient to admit or deny the allegations, and on that basis

6 denies them.

7      2.    In response to Paragraph 2 of the Complaint, Defendant is without

8 knowledge or information sufficient to admit or deny the allegations, and on that basis

9 denies them.

10      3.    In response to Paragraph 3 of the Complaint, Defendant is without

11 knowledge or information sufficient to admit or deny the allegations, and on that basis

12 denies them.  Defendant admits that it has been forced to implement significant and

13 costly operational changes due to the COVID-19 pandemic.

14      4.    In response to Paragraph 4 of the Complaint, Defendant is without

15 knowledge or information sufficient to admit or deny the allegations, and on that basis

16 denies them.  Defendant admits that it has been forced to implement significant and

17 costly operational changes due to the COVID-19 pandemic.

18      5.    In response to Paragraph 5 of the Complaint, Defendant denies these

19 allegations as lacking context given the referenced webpages speak for themselves.

20      6.    In response to Paragraph 6 of the Complaint, Defendant is without

21 knowledge or information sufficient to admit or deny the allegations, and on that basis

22 denies them.  Defendant admits that it has been forced to implement significant and

23 costly operational changes due to the COVID-19 pandemic.

24      7.    In response to Paragraph 7 of the Complaint, Defendant denies the

25 allegations stated therein.

26      8.    In response to Paragraph 8 of the Complaint, Defendant is without

27 knowledge or information sufficient to admit or deny the allegations therein, and on that

28 basis denies them.

CALL & JENSEN EST. 1981

9.      In response to Paragraph 9 of the Complaint, Defendant denies the allegations stated therein.

10.     In response to Paragraph 10 of the Complaint, Defendant denies the allegations stated therein.

11.     In response to Paragraph 11 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations and on that basis denies them.

12.     In response to Paragraph 12 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

13.     In response to Paragraph 13 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.  Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

14.     In response to Paragraph 14 of the Complaint, Defendant denies the allegations stated therein.

15.     In response to Paragraph 15 of the Complaint, Defendant denies the allegations stated therein.

16.     In response to Paragraph 16 of the Complaint, Defendant denies the allegations stated therein.

17.     In response to Paragraph 17 of the Complaint, Defendant denies the allegations stated therein.

18.     In response to Paragraph 18 of the Complaint, Defendant denies the allegations stated therein.

19.     In response to Paragraph 19 of the Complaint, Defendant denies the allegations stated therein.

20.     In response to Paragraph 20 of the Complaint, Defendant denies the allegations stated therein.

21. In response to Paragraph 21 of the Complaint, Defendant admits that Plaintiff has been a student of Defendant, but denies the other allegations stated therein because Defendant is without knowledge or information sufficient to admit or deny them due to their lack of specificity.

22. In response to Paragraph 22 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations stated therein, and on that basis denies them.

23. In response to Paragraph 23 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them. Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

24. In response to Paragraph 24 of the Complaint, Defendant admits the allegations stated therein.

25. In response to Paragraph 25 of the Complaint, Defendant admits the allegations stated therein.

26. In response to Paragraph 26 of the Complaint, Defendant admits the allegations stated therein.

27. In response to Paragraph 27 of the Complaint, Defendant admits the allegations stated therein.

28. In response to Paragraph 28 of the Complaint, Defendant admits the allegations stated therein.

29. In response to Paragraph 29 of the Complaint, Defendant admits the allegations stated therein.

30. In response to Paragraph 30 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations stated therein, and on that basis denies them.

31. In response to Paragraph 31 of the Complaint, Defendant admits the allegations stated therein.

ANSWER OF DEFENDANT UNIVERSITY OF LA VERNE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

32.     In response to Paragraph 32 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

33.     In response to Paragraph 33 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

34.     In response to Paragraph 34 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

35.     In response to Paragraph 35 of the Complaint, Defendant denies the allegations stated therein.

36.     In response to Paragraph 36 of the Complaint, Defendant denies the allegations stated therein.

37.     In response to Paragraph 37 of the Complaint, Defendant denies the allegations stated therein.

38.     In response to Paragraph 38 of the Complaint, Defendant denies the allegations stated therein.

39.     In response to Paragraph 39 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

40.     In response to Paragraph 40 of the Complaint, Defendant denies the allegations stated therein.

41.     In response to Paragraph 41 of the Complaint, Defendant denies the allegations stated therein.

42.     In response to Paragraph 42 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies. Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

ANSWER OF DEFENDANT UNIVERSITY OF LA VERNE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

43.     In response to Paragraph 43 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.  Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

44.     In response to Paragraph 44 of the Complaint, Defendant denies its classes do not allow for interaction, but does admit that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

45.     In response to Paragraph 45 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.  Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

46.     In response to Paragraph 46 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.  Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

47.     In response to Paragraph 47 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.  Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

48.     In response to Paragraph 48 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.  Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

49.     In response to Paragraph 49 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

50.     In response to Paragraph 50 of the Complaint, Defendant denies the allegations stated therein.

CALL & JENSEN
EST 1981

51.   In response to Paragraph 51 of the Complaint, Defendant denies the allegations stated therein, and further notes the included pictures do not support the allegations made therein.

52.   In response to Paragraph 52 of the Complaint, Defendant denies the allegations stated therein as lacking context, and the referenced webpage speaks for itself.

53.   In response to Paragraph 53 of the Complaint, Defendant denies the allegations stated therein as lacking context, and the referenced webpage speaks for itself.

54.   In response to Paragraph 54 of the Complaint, Defendant denies the allegations stated therein as lacking context, and the referenced catalog speaks for itself.

55.   In response to Paragraph 55 of the Complaint, Defendant denies the allegations stated therein as lacking context, and the referenced catalog speaks for itself.

56.   In response to Paragraph 56 of the Complaint, Defendant denies the allegations stated therein as lacking context, and the referenced catalog speaks for itself.

57.   In response to Paragraph 57 of the Complaint, Defendant denies the allegations stated therein as lacking context, and the referenced catalog speaks for itself.

58.   In response to Paragraph 58 of the Complaint, Defendant denies the allegations stated therein, but admits it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

59.   In response to Paragraph 59 of the Complaint, Defendant denies the allegations stated therein, but admits it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

60.   In response to Paragraph 60 of the Complaint, Defendant denies the allegations stated therein, but admits it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

ANSWER OF DEFENDANT UNIVERSITY OF LA VERNE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

61.   In response to Paragraph 61 of the Complaint, Defendant denies the allegations stated therein, but admits it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

62.   In response to Paragraph 62 of the Complaint, Defendant denies the allegations stated therein, but admits it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

63.   In response to Paragraph 63 of the Complaint, Defendant denies the allegations stated therein, but admits it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

64.   In response to Paragraph 64 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.  Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

65.   In response to Paragraph 65 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.  Defendant admits that it has been forced to implement significant and costly operational changes due to the COVID-19 pandemic.

66.   In response to Paragraph 66 of the Complaint, Defendant denies the allegations stated therein.

67.   In response to Paragraph 67 of the Complaint, Defendant denies the allegations stated therein.

68.   In response to Paragraph 68 of the Complaint, Defendant denies the allegations stated therein.

69.   In response to Paragraph 69 of the Complaint, Defendant denies the allegations stated therein.

70.   In response to Paragraph 70 of the Complaint, Defendant denies the allegations stated therein.

ANSWER OF DEFENDANT UNIVERSITY OF LA VERNE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

CALL & JENSEN
EST 1981

71.     In response to Paragraph 71 of the Complaint, Defendant denies the allegations stated therein.

72.     In response to Paragraph 72 of the Complaint, Defendant denies the allegations stated therein.

73.     In response to Paragraph 73 of the Complaint, Defendant denies the allegations stated therein.

74.     In response to Paragraph 74 of the Complaint, Defendant denies the allegations stated therein.

75.     In response to Paragraph 75 of the Complaint, Defendant denies the allegations stated therein.

76.     In response to Paragraph 76 of the Complaint, Defendant denies the allegations stated therein.

77.     In response to Paragraph 77 of the Complaint, Defendant denies the allegations stated therein.

78.     In response to Paragraph 78 of the Complaint, Defendant denies the allegations stated therein.

79.     In response to Paragraph 79 of the Complaint, Defendant denies the allegations stated therein.

80.     In response to Paragraph 80 of the Complaint, Defendant denies the allegations stated therein.

81.     In response to Paragraph 81 of the Complaint, Defendant denies the allegations stated therein.

82.     In response to Paragraph 82 of the Complaint, Defendant denies the allegations stated therein.

83.     In response to Paragraph 83 of the Complaint, Defendant denies the allegations stated therein.

ANSWER OF DEFENDANT UNIVERSITY OF LA VERNE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

84.     In response to Paragraph 84 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

85.     In response to Paragraph 85 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

86.     In response to Paragraph 86 of the Complaint, Defendant is without knowledge or information sufficient to admit or deny the allegations, and on that basis denies them.

87.     In response to Paragraph 87 of the Complaint, Defendant denies the allegations stated therein.

88.     In response to Paragraph 88 of the Complaint, Defendant denies the allegations stated therein.

89.     In response to Paragraph 89 of the Complaint, Defendant denies the allegations stated therein.

90.     In response to Paragraph 90 of the Complaint, Defendant denies the allegations stated therein.

91.     In response to Paragraph 91 of the Complaint, Defendant denies the allegations stated therein.

92.     In response to Paragraph 92 of the Complaint, Defendant denies the allegations stated therein.

93.     In response to Paragraphs 93 through 112, Defendant notes these allegations have been dismissed from the Complaint and require no response.

94.     Defendant denies the prayer for relief.

/ / /

/ / /

/ / /



## SEPARATE DEFENSES

Defendant further alleges the following separate defenses. By stating new matters constituting a defense below, Defendant is not agreeing or conceding that it has the burden of proof or persuasion on any of these issues.

## FIRST SEPARATE DEFENSE

### (Failure to State a Claim)

95.     The Complaint, and each cause of action therein, fails to state a cause of action upon which relief may be granted.

## SECOND SEPARATE DEFENSE

### (No Contract Formed)

96.     No contract was formed in which Defendant promised to provide in-person instruction under all circumstances, or provide tuition and/or fees refunds in the event in-person instruction was suspended under the circumstances alleged by Plaintiff.

## THIRD SEPARATE DEFENSE

### (No Breach)

97.     Defendant did not breach the terms of its agreement with Plaintiff, as there was no promise to provide in-person instruction and no promise to refund tuition and/or fees if in-person instruction had to be suspended under the circumstances alleged by Plaintiff.

## FOURTH SEPARATE DEFENSE

### (Reservation of Rights)

98.     Defendant at all times reserved the right to alter the mode of instruction.

/ / /

## FIFTH SEPARATE DEFENSE

### (Substantial Performance)

99.     Defendant substantially performed in compliance with the term of the contract.

## SIXTH SEPARATE DEFENSE

### (Novation)

100.    To the extent that a contract requiring in person learning is found, which Defendant denies, Plaintiff agreed, by words or conduct, to cancel the original contract in place for the spring 2020 semester and substitute a new contract in place in response to changes necessitated by the COVID-19 health crisis.

## SEVENTH SEPARATE DEFENSE

### (Modification)

101.    Plaintiff agreed, by words or conduct, to modify the terms of the contract between Plaintiff and Defendant in response to the COVID-19 health crisis.

## EIGHTH SEPARATE DEFENSE

### (Excused Performance)

102.    Any promise by Defendant to provide in-person instruction was excused.

## NINTH SEPARATE DEFENSE

### (Impossibility of Performance)

103.    Defendant was prevented from providing in-person instruction by operation of law.

ANSWER OF DEFENDANT UNIVERSITY OF LA VERNE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

1

## TENTH SEPARATE DEFENSE

2

### (Waiver)

3

104.   Plaintiff waived her claims by her words or conduct.

4

5

## ELEVENTH SEPARATE DEFENSE

6

### (Assumption of Risk)

7

105.   Plaintiff assumed the risk that in-person instruction would be suspended

8

after the commencement of the spring 2020 semester.

9

10

## TWELFTH SEPARATE DEFENSE

11

### (Estoppel)

12

106.   The Complaint, and each cause of action asserted therein, is barred in

13

whole or in part by the doctrine of equitable estoppel.

14

15

## THIRTEENTH SEPARATE DEFENSE

16

### (No Injury)

17

107.   Plaintiff is barred from claiming or recovering any relief set forth in the

18

Complaint, and each cause of action asserted therein, because Plaintiff has not suffered

19

any compensable injury as a result of Defendant's alleged actions.

20

21

## FOURTEENTH SEPARATE DEFENSE

22

### (No Reliance)

23

108.   The Complaint, and each cause of action asserted therein, is barred in

24

whole or in part because at no time mentioned herein did Plaintiff rely on any promises,

25

warranties, express or implied, or representations which may have been made by

26

Defendant in connection with the mode of instruction or refunds of tuition and/or fees.

27

28

## FIFTEENTH SEPARATE DEFENSE

### (Reliance Not Reasonable)

109.   To the extent that Plaintiff claims to have relied on alleged promises made by Defendant, Plaintiff's causes of action are barred because Plaintiff's reliance on the alleged promises made by Defendant, if any, was not reasonable.

## SIXTEENTH SEPARATE DEFENSE

### (Lack of Causation)

110.   The injuries and damages sustained by Plaintiff, if any, were caused in whole or in part by the negligence, fault, breach of contract, failure to act and/or want of care of Plaintiff and/or third parties and other external events related to the COVID-19 pandemic over which/whom Defendant had no control.

## SEVENTEENTH SEPARATE DEFENSE

### (Failure to Mitigate)

111.   Plaintiff failed to mitigate her alleged damages.

## EIGHTEENTH SEPARATE DEFENSE

### (Unjust Enrichment)

112.   Plaintiff would be unjustly enriched if awarded damages.

## NINETEENTH SEPARATE DEFENSE

### (Full Performance)

113.   Defendant fully performed all of its contractual obligations to Plaintiff.

/ / /

## TWENTIETH SEPARATE DEFENSE

### (Class Not Certifiable)

114.   Plaintiff's claims cannot meet the requirements of Fed. R. Civ. P. 23 for class certification.

## TWENTY-FIRST SEPARATE DEFENSE

### (Plaintiff Not Similarly Situated)

115.   Plaintiff is not similarly situated as the other members of the putative class.

## TWENTY-SECOND SEPARATE DEFENSE

### (Educational Malpractice Doctrine)

116.   Plaintiff's claims are barred by the educational malpractice doctrine.

## TWENTY-THIRD SEPARATE DEFENSE

### (Additional Defenses)

117.   Defendant presently has insufficient knowledge or information on which to form a belief as to whether there may be additional, as yet unstated, defenses available. Thus, subject to discovery in this action, Defendant expressly reserves its right to assert additional defenses.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant prays for judgment against Plaintiff as follows:

1.   That Plaintiff take nothing by reason of her Complaint in this matter;

2.   That judgment be rendered in favor of Defendant, and against Plaintiff, on all claims alleged in the Complaint;

3.   That Plaintiff's claims be dismissed with prejudice;

4.   That Defendant be awarded its reasonable attorneys' fees and costs, to the extent permitted by law; and

1    5.    That the Court award Defendant such other and further relief as it deems

2  just and proper.

3

4  Dated:  April 28, 2021                CALL & JENSEN
                                         A Professional Corporation
5                                        David R. Sugden
                                         Delavan J. Dickson
6

7

8                                        By: */s/ David R. Sugden*
                                             David R. Sugden

9                                        Attorneys for Defendant University of La Verne

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER OF DEFENDANT CUNIVERSITY OF LA VERNE TO PLAINTIFF'S SECOND AMENDED COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2      Defendant hereby demands a trial by jury pursuant to Federal Rule of Civil

3  Procedure 38 and the Seventh Amendment to the Constitution of the United States.

4

5  Dated:  April 28, 2021                                CALL & JENSEN

6                                                         A Professional Corporation
                                                         David R. Sugden
                                                         Delavan J. Dickson
7

8

9                                                         By: */s/ David R. Sugden*
                                                              David R. Sugden

10                                                        Attorneys for Defendant University of La Verne

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER OF DEFENDANT UNIVERSITY OF LA VERNE TO PLAINTIFF'S SECOND AMENDED COMPLAINT