David R. Shoop, Esq. (SBN 220576)
Thomas S. Alch, Esq. (SBN 136860)
**SHOOP | A PROFESSIONAL LAW CORPORATION**
9701 Wilshire Blvd., Suite 950
Beverly Hills, California 90212
Telephone: (310) 620-9533
David.shoop@shooplaw.com
Thomas.alch@shooplaw.com

Jason P. Sultzer, Esq.*
Mindy Dolgoff, Esq.*
**THE SULTZER LAW GROUP P.C.**
270 Madison Avenue, Suite 1800
New York, NY 10016
Telephone: (212) 969-7810
sultzerj@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com

Perry L. Segal (SBN 250947)
**Charon Law**
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065-1422
(650) 542-7935
perry.segal@charonlaw.com

Jeffrey K. Brown, Esq. *
Michael A. Tompkins, Esq.*
**Leeds Brown Law, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
jbrown@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE UNIVERSITY OF LA VERNE, <br><br> Defendant. | Case No. 2:20-cv-07665-MCS-RAO <br><br> Hon. Rozella A. Oliver, U.S.M.J. <br><br> **DECLARATION OF MICHAEL A. TOMPKINS, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Date: January 3, 2022 <br> Time: 9:00 a.m. <br> Crtrm: 590, 5th Floor |

1

DECLARATION OF MICHAEL A. TOMPKINS, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Michael A. Tompkins, declare under penalty of perjury pursuant to the laws of the United States of America that the forgoing is true and correct to the best of my knowledge:

1. I am an attorney of record for the Plaintiff and the putative class.

2. My firm, along with Charon Law, Shoop a Professional Law Corporation, and The Sultzer Law Group, P.C. ("Proposed Class Counsel") represent the Named Plaintiff seek to be appointed as Class Counsel pursuant to Rule 23(g).

3. Our firm along with Proposed Class Counsel has worked to protect the interest of the Named Plaintiff and putative class members, including by investigating the claims, reviewing publicly available records and documents, speaking to putative class members, gathering facts regarding the university's response to COVID-19, reviewing online petitions started by students at La Verne, compiling materials that form part of the university-student contract, and engaged in discovery in this proceeding.

4. Attached are true and accurate copies of the following documents (with highlights and underline added as per the Court's Rules where noted below):

   A. Attached as Exhibit A is a true and correct copy of the Tuition and Fees webpages detailing the cost of attendance at the main/central campus of the University of La Verne ("La Verne" or "the University") for 2020-2021 and 2021-2022, with

1  highlights added. A copy of the 2019-2020 version of this
2  document has not yet been located by Defendant and is not
3  available at https://archive.org.
4      B.   Attached as Exhibit B is a true and correct copy of La Verne's
5  Course Catalog for 2019-2020, ULV 000034-000273.
6      C.   Attached as Exhibit C is a true and correct copy of La Verne's
7  "The La Verne Experience," ULV 003020-3055.
8      D.   Attached as Exhibit D is a true and correct copy Plaintiff Brianna
9  Arredondo's Acceptance Letter, ULV 000001.
10     E.   Attached as Exhibit E is a true and correct copy of transcript
11 excerpts from the deposition of Plaintiff Brianna Arredondo,
12 with highlights.
13     F.   Attached as Exhibit F is a true and correct copy of the
14 Declaration of Savanah Gherir in support of Plaintiff's Motion
15 for Class Certification.
16     G.   Attached as Exhibit G is a true and correct copy of the
17 Declaration of Jovanni Echevarria in support of Plaintiff's
18 Motion for Class Certification.
19     H.   Attached as Exhibit H is a true and correct copy of the
20 Declaration of Kaylen Henry in support of Plaintiff's Motion for
21 Class Certification.

I. Attached as Exhibit I is a true and correct copy of http://change.org/p/Devorah-lieberman-university-of-la-verne-petition-for-tuition and last accessed on October 20, 2021, which was compiled via screenshots and PDFs of the website and subpages, with highlights added.

J. Attached as Exhibit J is a true and correct copy of the Tuition and Fees webpage detailing the cost of attendance for La Verne Online for 2019-2020, located at https://web.archive.org/web/20200423230818/https://laverne.edu/tuition/2019-regional/ and last accessed on November 8, 2021.

K. Attached as Exhibit K is a true and correct copy of transcript excerpts of the deposition of Candyce Coleman from October 20, 2021, with underline added.

L. Attached as Exhibit L is a true and correct copy of sample admissions template communications, including ULV002973, 2999, 2990, 2986, 2994, 2984, and 2967, with highlights added.

M. Attached as Exhibit M is a true and correct copy of La Verne's 2019-2020 Code of Student Conduct, ULV 000923-001001.

N. Attached as Exhibit N is a true and correct copy of the Visit the University of La Verne webpage, ULV 003376.

O. Attached as Exhibit O is a true and correct copy of a communication regarding Preview Day, ULV 003330.

P. Attached as Exhibit P is a true and correct copy of the University of La Verne's email regarding Preview Day, ULV 003326.

Q. Attached as Exhibit Q is a true and correct copy of ULV 003275.

R. Attached as Exhibit R is a true and correct copy of ULV 003219.

S. Attached as Exhibit S is a true and correct copy of ULV 003132.

T. Attached as Exhibit T is a true and correct copy of the University of La Verne's brochure, ULV 003056-003057.

U. Attached as Exhibit U is a true and correct copy of the University of La Verne's "Happy Here: Undergraduate Freshman Admission" brochure, ULV 003301-003308.

V. Attached as Exhibit V is a true and correct copy of the Division of Student Affairs' Mission Statement at the University of La Verne, located at https://laverne.edu/student-affairs/ and last accessed on November 8, 2021.

W. Attached as Exhibit W is a true and correct copy of the homepage of La Verne Online, located at https://laverne.edu/online/ and last accessed on November 2, 2021.

|   |   |   |
|---|---|---|
| 1 | X. | Attached as Exhibit X is a true and correct copy of the Degree Programs webpage for La Verne Online, located at https://laverne.edu/online/programs/ and last accessed on November 8, 2021. |
| 5 | Y. | Attached as Exhibit Y is a true and correct copy of La Verne's "You're In!" brochure, ULV 003481-003484. |
| 7 | Z. | Attached as Exhibit Z is a true and correct copy of Plaintiff Brianna Arredondo's verified responses to Defendant's Discovery Requests. |
| 10 | AA. | Attached as Exhibit AA is a true and correct copy of the transcript of the deposition of Shannon Capaldi from October 20, 2021. |
| 13 | BB. | Attached as Exhibit BB is a true and correct copy of the University of La Verne's Campus Times from April 10, 2020, located at https://lvcampustimes.org/2020/04/la-verne-students-to-receive-fees-reimbursements-following-campus-closure/ and last accessed on November 8, 2021. |
| 18 | CC. | Attached as Exhibit CC is a true and correct copy of the 2019 La Verne Facts webpage located at https://laverne.edu/institutional-research/la-verne-facts/ and last accessed on November 5, 2021. |

DD. Attached as Exhibit DD is a true and correct copy of La Verne's "Master Promissory Note," ULV 004505-004506.

EE. Attached as Exhibit EE is a true and correct copy of ULV 004503.

FF. Attached as Exhibit FF is a true and correct copy of the PDF "Ex. 017 (Summary of Emergency Relief Funds).pdf", produced by Defendant on November 5, 2021.

GG. Attached as Exhibit GG is a true and correct copy of the article "The Difference Between Emergency Remote Teaching and Online Learning" located at https://er.educause.edu/articles/2020/3/the-difference-between-emergency-remote-teaching-and-online-learning and last accessed on November 8, 2021.

HH. Attached as Exhibit HH is a true and correct copy of Defendant University of La Verne's Responses to Plaintiff's First Set of Interrogatories.

II. Attached as Exhibit II is a true and correct copy of the Firm Biography for Leeds Brown Law, P.C.

JJ. Attached as Exhibit JJ is a true and correct copy of the Firm Biography for The Sultzer Law Group, P.C.

|  |  |  |
|---|---|---|
| 1 | KK. | Attached as Exhibit KK is a true and correct copy of the Firm |
| 2 |  | Biography for Perry L. Segal and Charon Law. |
| 3 | LL. | Attached as Exhibit LL is a true and correct copy of |
| 4 |  | ULV003121-3131, with green highlights added (yellow in the |
| 5 |  | original). |
| 6 | MM. | Attached as Exhibit MM is a true and correct copy of |
| 7 |  | ULV003492. |
| 8 | NN. | Attached as Exhibit NN is a true and correct copy of |
| 9 |  | ULV002111. |
| 10 | OO. | Attached as Exhibit OO is a true and correct copy of sample |
| 11 |  | template correspondence, including ULV001636, 1638, 1642, |
| 12 |  | 2087, 2090, 2191, 2172, 2174, 2181, 2186, 2187, 2191, 2192, |
| 13 |  | and 2220. |
| 14 | PP. | Attached as Exhibit PP is a true and correct copy of the Firm |
| 15 |  | Biography for Shoop, A Professional Law Corporation. |

Dated: November 8, 2021

Carle Place, New York

\_\_\_\_/s/ Michael A. Tompkins
**LEEDS BROWN LAW, P.C.**
Michael A. Tompkins, Esq. (admitted Pro Hac Vice)
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550

1                                                         mtompkins@leedsbrownlaw.com

2                                    *Counsel for Plaintiff and the Putative Class*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

DECLARATION OF MICHAEL A. TOMPKINS, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION