David R. Sugden, Bar No. 218465
dsugden@calljensen.com
Marlynn P. Howe, Bar No. 120687
mhowe@calljensen.com
Melinda Evans, Bar No. 216594
mevans@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant University of La Verne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF LA VERNE,<br><br>Defendant. | Case No. 2:20-cv-07665-MCS-RAOx<br>Assigned to Hon. Mark C. Scarsi<br><br>**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER FOR CONFIDENTIAL TREATMENT OF DOCUMENTS OR INFORMATION**<br><br><br>Second Am. Compl: February 22, 2021<br>First Am. Compl.: December 18, 2020<br>Complaint Filed: August 23, 2020<br>Trial Date: None Set |

Plaintiff Brianna Arredondo, an individual, individually and on behalf of the putative class ("Plaintiff"), and Defendant University of La Verne ("Defendant" or "ULV"), by and through their respective counsel of record, hereby enter into and submit the Stipulated Protective Order for Confidential Treatment of Documents or Information ("Stipulated Protective Order") in connection with the production and use of confidential, proprietary, private, and/or sensitive documents, information, or other items in this action. Defendant and Plaintiff are at times referred to herein individually as the "Party" and collectively as the "Parties."

This action is likely to involve production of confidential, proprietary, private, and/or sensitive information, including but not limited to private student records subject to the provisions of the Family Educational Rights and Privacy Act ("FERPA"), for which special protection from public disclosure and from use for any purpose other than prosecuting this action is warranted.

Accordingly, the Parties hereby stipulate to and petition the Court to enter the Stipulated Protective Order.

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED: December 22, 2021

_____
Honorable Rozella A. Oliver
United States Magistrate Judge