EXHIBIT B

7

| | |
|---|---|
| **From:** | Mindy Dolgoff <Dolgoffm@thesultzerlawgroup.com> |
| **Sent:** | Thursday, January 27, 2022 4:32 PM |
| **To:** | Marlynn Howe; perry.segal@charonlaw.com; david.shoop@shooplaw.com; thomas.alch@shooplaw.com; jbrown@leedsbrownlaw.com; mtompkins@leedsbrownlaw.com; Jason Sultzer |
| **Cc:** | David Sugden; Melinda Evans; Carrie Daly |
| **Subject:** | Re: Arredondo v. ULV: Ex Parte Application |

9:00 am PST is fine.  Thanks.

Mindy S. Dolgoff
Associate
The Sultzer Law Group, P.C.
270 Madison Avenue, Ste. 1800
New York, NY 10016
(551) 370-8776 | dolgoffm@thesultzerlawgroup.com

---

**From:** Marlynn Howe <mhowe@calljensen.com>
**Date:** Thursday, January 27, 2022 at 7:26 PM
**To:** Mindy Dolgoff <Dolgoffm@thesultzerlawgroup.com>, perry.segal@charonlaw.com <perry.segal@charonlaw.com>, david.shoop@shooplaw.com <david.shoop@shooplaw.com>, thomas.alch@shooplaw.com <thomas.alch@shooplaw.com>, jbrown@leedsbrownlaw.com <jbrown@leedsbrownlaw.com>, mtompkins@leedsbrownlaw.com <mtompkins@leedsbrownlaw.com>, Jason Sultzer <sultzerj@thesultzerlawgroup.com>
**Cc:** David Sugden <dsugden@calljensen.com>, Melinda Evans <mevans@calljensen.com>, Carrie Daly <cdaly@calljensen.com>
**Subject:** RE: Arredondo v. ULV: Ex Parte Application

Hi Mindy,
I am available at 9:00 a.m. PST. Please confirm your availability, and I will ask Carrie to please send an invite.
Best,
Marlynn Howe

## MARLYNN P. HOWE
### CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000
(949) 706-5765 Direct
mhowe@calljensen.com

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

**From:** Mindy Dolgoff <Dolgoffm@thesultzerlawgroup.com>
**Sent:** Thursday, January 27, 2022 4:24 PM
**To:** Marlynn Howe <mhowe@calljensen.com>; perry.segal@charonlaw.com; david.shoop@shooplaw.com; thomas.alch@shooplaw.com; jbrown@leedsbrownlaw.com; mtompkins@leedsbrownlaw.com; Jason Sultzer <sultzerj@thesultzerlawgroup.com>
**Cc:** David Sugden <dsugden@calljensen.com>; Melinda Evans <mevans@calljensen.com>
**Subject:** Re: Arredondo v. ULV: Ex Parte Application

Marlynn,
What time tomorrow are you available to discuss?
Thanks,
Mindy

Mindy S. Dolgoff
Associate
The Sultzer Law Group, P.C.
270 Madison Avenue, Ste. 1800
New York, NY 10016
(551) 370-8776 | dolgoffm@thesultzerlawgroup.com

---

**From:** Marlynn Howe <mhowe@calljensen.com>
**Date:** Thursday, January 27, 2022 at 12:55 PM
**To:** perry.segal@charonlaw.com <perry.segal@charonlaw.com>, david.shoop@shooplaw.com <david.shoop@shooplaw.com>, thomas.alch@shooplaw.com <thomas.alch@shooplaw.com>, jbrown@leedsbrownlaw.com <jbrown@leedsbrownlaw.com>, mtompkins@leedsbrownlaw.com <mtompkins@leedsbrownlaw.com>, Jason Sultzer <sultzerj@thesultzerlawgroup.com>, Mindy Dolgoff <Dolgoffm@thesultzerlawgroup.com>
**Cc:** David Sugden <dsugden@calljensen.com>, Melinda Evans <mevans@calljensen.com>
**Subject:** Arredondo v. ULV: Ex Parte Application

Michael,

Defendant University of La Verne intends to seek an *ex parte* order from the Court authorizing the filing of (1) a supplemental brief by Defendant (not to exceed 3 pages) to its Opposition to Plaintiff's Motion for Class Certification; and (2) Expert Report of Benjamin S. Wilner, Ph.D., showing that Plaintiff has failed to demonstrate through evidentiary proof that damages are measurable on a class-wide basis through a common methodology. Dr. Wilner's report contains important analysis and evidence showing that Plaintiff has not proffered a viable methodology to calculate class wide damages, which we feel should be taken into consideration by the Court when determining whether to certify a class in this matter.
Please let us know if you would like to join in this application, and request that Plaintiff also be permitted to file a supplemental brief (not to exceed 3 pages) and Dr. Cowan's expert report.

Thank you,
Marlynn Howe


**MARLYNN P. HOWE**
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700

Newport Beach, CA 92660
(949) 717-3000
(949) 706-5765 Direct
mhowe@calljensen.com

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

EXHIBIT B
10