David R. Sugden, Bar No. 218465
dsugden@calljensen.com
Marlynn P. Howe, Bar No. 120687
mhowe@calljensen.com
Melinda Evans, Bar No. 216594
mevans@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000

Attorneys for Defendant University of La Verne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF LA VERNE,<br><br>Defendant. | Case No.  2:20-cv-07665-MCS-RAOx<br>Assigned to Hon. Mark C. Scarsi<br><br>**DEFENDANT'S [PROPOSED] ORDER FOR RULE 23 AND FERPA NOTICE TO CLASS MEMBERS**<br><br>Complaint Filed: August 23, 2020<br>FAC Filed    :      December 18, 2020<br>SAC Filed:          February 22, 2021<br>Trial Date:          None Set |

WHEREAS, the Court having certified this matter as a class action pursuant to Docket No. 117;

WHEREAS, the Parties agree that Class Members are entitled to notice of pendency of this class action and an opportunity to opt out of the class action ("Notice of Pendency");

WHEREAS, certain educational and financial records of Class Members are protected from disclosure under the Family Educational Rights and Privacy Act ("FERPA") (20 U.S.C. § 1232g; 34 CFR Part 99), requiring notice of this Order in advance of compliance by Defendant University of La Verne ("Defendant") so that Class Members are given an opportunity to seek protective action against disclosure should they wish to do so ("FERPA Notice");

WHEREAS, the Parties also agree that CPT Group, a third party administrator ("CPT") is qualified and able to administer the Notice of Pendency of class action and FERPA Notice;

IS IT HEREBY ORDERED THAT:

1. Within 15 days of this Order, Defendant shall produce to CPT a list that includes last known contact information for each Class Member in Excel or CSV file, including names, mailing addresses, La Verne University email addresses, and phone numbers, as available to ULV.

2. Within 15 days of receiving the Class List, CPT shall effectuate Notice of Pendency and FERPA Notice via email and first class mail, the Parties to share in costs on a 50/50 basis as previously agreed;

3. After 30 days following the effectuation of both email and first class mailing of the FERPA Notice pursuant to Paragraph 2 above, it shall be deemed that Defendant has satisfied its obligations under FERPA (34 CFR § 99.31(a)(9)) to make a reasonable effort to notify Class Members of this Order in advance of compliance, so that Class members have opportunity to seek protective action should they wish to do so, and that FERPA privacy concerns shall not serve as a bar to the production of any

of the following educational and financial records of Class Members as part of discovery and subject to any other orders of this Court, including:

    a. Name, Contact Information, and Email address;

    b. Dates of Attendance;

    c. Classes Taken During Spring 2020 and Jan. 2020 Interterm;

    d. Academic Transcript;

    e. Major;

    f. Graduation and Enrollment Dates;

    g. Hours Enrolled during Spring 2020 Semester including the January 2020 Interterm;

    h. Full time or part time;

    i. Location of Enrollment (i.e., Main Campus);

    j. Tuition Assessed;

    k. Tuition Paid (including method of payments);

    l. Fees Assessed;

    m. Fees Paid (including method of payments);

    n. Amount of Scholarships, Grants, Loans, and Emergency Relief Funds; and

    o. Any other similar information specifically authorized by the Court to be released.

4. The Court approves the Notice attached hereto as <u>Exhibit 1</u>.

5. It is determined that these are the best practicable notice mechanisms for obtaining disclosures in this matter and facilitating resolution of the specified privacy concerns mentioned herein, and this Order satisfies 34 CFR § 99.31, including subsection 9.

**IT IS SO ORDERED.**

Dated: _____

                                                                                                          HON. MARK C. SCARSI