EXHIBIT 1

4

## **LEGAL NOTICE**

IF YOU WERE A UNIVERSITY OF LA VERNE UNDERGRADUATE WHO PAID TUITION AND/OR MANDATORY FEES FOR COURSES TAUGHT AT LA VERNE'S MAIN/CENTRAL CAMPUS LOCATION DURING THE SPRING 2020 SEMESTER, A CLASS ACTION LAWSUIT MAY AFFECT YOUR LEGAL RIGHTS, INCLUDING THOSE UNDER THE FAMILY EDUCATION RIGHTS AND PRIVACY ACT ("FERPA")

- This is not a solicitation from a lawyer.

- The lawsuit is called *Arredondo, et al, v. University of La Verne*, Case No.: 2:20-cv-7665-MCS-RAO, and is pending in the United States District Court for the Central District of California. The court granted class certification in this lawsuit, meaning that Arredondo is allowed to proceed with her claims on behalf of a "Class," or group of people, that could include you. The court has not ruled on the merits of the claims, meaning there has been no determination that University of La Verne ("ULV") is liable to the class. This notice summarizes your legal rights and options.

- Plaintiff Brianna Arredondo ("Arredondo") was a student at ULV during Spring Semester 2020. Her lawsuit alleges that ULV's failure to provide in person educational services from March 16, 2020, through the end of the Spring Semester 2020 constituted a breach of contract with each class member, and that ULV's actions were unjust. She is seeking to recover a partial refund of tuition and fees paid by undergraduates enrolled for the Spring term from February 3 through May 30 2020 during which ULV transitioned from in-person courses to remote learning beginning March 23, 2020 due to the COVID-19 pandemic and related federal, state and local public health mandates and orders. Trial is scheduled to take place in October 3, 2022.

- ULV denies any wrongdoing and/or liability. Among other things, ULV contends that any obligation on its part to deliver in person education services during the Spring Semester 2020 was frustrated or excused due to the COVID-19 pandemic and related federal, state and local public health orders and mandates. Contrary to Plaintiff's allegations otherwise, ULV was not unjustly enriched by reason of its required compliance with these orders and mandates, including its transition to remote learning beginning March 23, 2020, for the remainder of the Spring Semester 2020.

- Receipt of this notice does not indicate that you are entitled to receive any monetary recovery. No determination has been made by the Court that you are owed any tuition or fee refunds and the Court is not endorsing the merits of this lawsuit or the defenses at this time.

### **WHY DID I GET THIS NOTICE**

The purpose of this notice is to inform you of the status of this lawsuit and to determine whether you are a member of the class. Further, if you are a member of the class, this notices provides important information about your right to opt out of the class and the consequences of failing to do so, including that information related to your enrollment, registration, financial data related to the payment of tuition/fees, and personal contact information will be provided to Class Counsel and their expert for purposes of litigating the case and to calculate potential damages as discussed below.

### **WHAT IS A CLASS ACTION?**

A class action is a lawsuit where persons sue not only for themselves, but also for other people who have similar claims. These other people are known as Class Members. In a class action, one court resolves the issues for all Class Members, except for those who exclude themselves from the Class. Honorable Mark C. Scarsi and Magistrate Judge Rozella A. Oliver are presiding over the case, however, you should contact Class Counsel, not the Court should you have any questions about the case.

EXHIBIT 1

5

## HOW DO I JOIN THE LAWSUIT?

If you were enrolled as an undergraduate student at ULV's Main/Central campus for the Spring Semester 2020 semester beginning February 3, 2020, and you paid your tuition, you are a member of the Class. To demonstrate your status as a class member, you will need to provide documentary evidence that you personally paid your tuition (in whole or in part) by submitting written proof to the Class Administrator by no later than 30 days from the postmark of this Legal Notice. Examples of proof of payment include your credit card statement(s) showing tuition payment(s) to ULV or cashed check drawn on your checking account made payable to ULV. The foregoing evidence of class membership should be mailed to the Class Administrator at [INSERT TPA CONTACT INFO] and postmarked no later than [DATE].

You can also visit **www.lavernetuitionrefund.com** to upload your proof of payment.

You are still eligible to be a member of this class action even if you are still enrolled at ULV, and your participation will not impact your academic progress.

## HOW DO I EXCLUDE MYSELF FROM THIS LAWUIT AND FROM THE DISCLOSURE OF PROTECTED INFORMATION?

If you are a Class Member and wish to opt-out and be excluded from the Class, then you must take steps to exclude yourself from this case. If you intend to exclude yourself, you must mail a written, signed statement to the Class Administrator (for example, "I opt out of this University of La Verne Refund lawsuit") by visiting www.lavernetuitionrefund.com, by email or facsimile sent to the Claims Administrator [INSERT TPA CONTACT INFO].

If you decide to exclude yourself from this lawsuit, you may not be eligible to receive any benefits in the event that a settlement or judgment is obtained.

Additionally, this notice is provided to you to advise you that some of the educational and financial information is covered by the Family Educational Rights and Privacy Act ("FERPA") and will be disclosed to allow Class Counsel and their expert to litigate this case, including calculating potential damages if Plaintiff prevails.

In accordance with FERPA, some or all of the following information about you will be released by ULV pursuant to Court order in this case 30 days after this Legal Notice was mailed to you, unless you provide written notice objecting to its disclosure to the Claims Administrator [INSERT TPA CONTACT INFO] by [DATE]:

- Name, contact information, and email address
- Dates of Attendance
- Classes Taken During Spring 2020 and Jan. 2020 Interterm
- Academic Transcript
- Major
- Graduation and Enrollment Dates
- Hours Enrolled during Spring 2020 Semester including during the Jan. 2020 Interterm
- Full time or part time student status
- Location of Enrollment (i.e. Main Campus)
- Tuition Assessed
- Tuition Paid (including method of payments)
- Fees Assessed
- Fees Paid (including method of payments)
- Amount of Scholarships, Grants, Loans, and Emergency Relief Funds
- or other similar information authorized by the Court to be released.

In deciding whether to object or decline disclosure, you should know that Plaintiff and her attorneys have agreed to use your information only for purposes of this lawsuit and agreed not to disclose your information to anyone outside of it, except for its experts – or presenting it to the Court and potentially a jury.

EXHIBIT 1

6

**IF I DON'T EXCLUDE MYSELF FROM THIS LAWSUIT, CAN I SUE DEFENDANTS FOR THE SAME THING LATER?**

If you do not exclude yourself from this lawsuit, you give up any rights to sue ULV for the breach of contract claims brought in this case or potentially those which could have been brought in this case, or in the future in the event there is a change in existing law.

However, if you exclude yourself from this lawsuit, you have the right to bring a similar lawsuit on your own behalf.

**DO I NEED TO APPEAR AT THE TRIAL? CAN I BE RETALIATED AGAINST IF I AM STILL ENROLLED AT ULV?**

No. You can appear at the trial without any fear of being retaliated against by ULV.

**DO I HAVE A LAWYER IN THIS CASE?**

The law firms of Leeds Brown Law, P.C., The Sultzer Law Group, Charon Law, and Shoop A Professional Law Corporation have been designated as legal counsel to represent the Class Members. These lawyers are called Class Counsel.

Michael A. Tompkins, Esq.
Jeffrey K. Brown, Esq.
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
mtompkins@leedsbrownlaw.com
jbrown@leedsbrownlaw.com

Mindy Dolgoff, Esq.
Jason Sultzer, Esq.
**THE SULTZER LAW GROUP P.C.**
270 Madison Avenue, Suite 1800
New York, NY 10016
Telephone: (212) 969-7810
sultzerj@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com

Perry L. Segal (State Bar No. 250947)
**CHARON LAW**
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065-1422
(650) 542-7935
perry.segal@charonlaw.com

David R. Shoop, Esq. (SBN 220576)
Thomas S. Alch, Esq. (SBN 136860)
**SHOOP | A PROFESSIONAL LAW CORPORATION**
9701 Wilshire Blvd., Suite 950
Beverly Hills, California 90212
Telephone: (310) 620-9533
David.shoop@shooplaw.com
Thomas.alch@shooplaw.com

If you have questions about this notice you can contact the Class Administrator at [INSERT TPA CONTACT INFO].

Any attorney fees owed to Class Counsel will be paid out of any recovery that is obtained. If there is a recovery, the fees may be part of a settlement obtained or money judgment entered in favor of Plaintiffs, or may be ordered by the Court to be paid by ULV, or may be a combination of both. If you are represented by Class Counsel and Plaintiff does not recover anything in this lawsuit, **you will not have to pay any attorneys' fees**. You can elect to hire your own counsel if you would like, but you would need to make financial arrangements with that attorney.

**WHAT IS THIS LAWSUIT ABOUT?**

Plaintiff asserts one claim against ULV: breach of contract. Plaintiff asserts that students like her paid the full amount of tuition and the full amount of fees, but that ULV provided something less than the full amount of educational services during the Spring 2020 semester – and ULV elected to retain the full amount of tuition and fees for themselves, in violation of California law. ULV contends that it was complying with California law by transitioning to remote services and that it did not breach any contract with its students by virtue of its inability to deliver in person educational services. ULV also denies that Plaintiff's claims are appropriate for resolution as a Class action. The Court has yet to decide the merits of the case.

**PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS INVOLVING THIS LAWSUIT**

EXHIBIT 1
7