**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br><br>THE UNIVERSITY OF LA VERNE,<br><br>Defendant. | Case No. 2:20-cv-07665-MCS-RAOx<br><br>Hon. Mark C. Scarsi<br><br>[PROPOSED] **ORDER FOR RULE 23 AND FERPA NOTICE TO CLASS MEMBERS** |

WHEREAS, the Court having certified this matter as a class action pursuant to Docket No. 117;

WHEREAS, the Parties agree that Class Members (as that term is defined by the Class Certification Order) are entitled to notice of pendency of this class action and an opportunity to opt out of the class action ("Notice of Pendency");

WHEREAS, University of La Verne maintains that certain educational and financial records of Class Members are protected from disclosure under the Family Educational Rights and Privacy Act ("FERPA") (20 U.S.C. § 1232g; 34 CFR Part 99), requiring notice of this Order in advance of compliance by Defendant University of La Verne ("Defendant") so that Class Members are given an opportunity to seek protective action against disclosure should they wish to do so ("FERPA Notice");

WHEREAS, the Parties also agree that CPT Group, a third-party administrator ("CPT") is qualified and able to administer the Notice of Pendency of class action and FERPA Notice;

IS IT HEREBY ORDERED THAT:

1. Within 15 days of this Order, Defendant shall produce to Class Counsel a list that includes all Class Members (as that defined by the Class Certification Order[1]) in Excel or CSV file with the names, email addresses, mailing addresses, and phone numbers.

2. Within 15 days of receiving the Class List, Class Counsel shall: (1) publish the Notice of Pendency and FERPA Disclosures on the website of Leeds Brown Law, P.C., and (2) publish the Notice of Pendency and FERPA Disclosures on Leeds Brown Law's social media account.

3. Within 15 days of receiving the Class List, Class Counsel or a third-party administrator, including CPT, shall effectuate notice to all Class Members via

---

[1] Pursuant to Dkt. 117, pg. 3, the class was certified as "[University of La Verne undergraduate students] who paid tuition and/or the Mandatory Fees at La Verne's Main/Central campus location during the Spring 2020 term/semester."

email and first-class mail.

4. After 30 days of the above stated procedures occurs pursuant to Paragraph 3 above, it shall be deemed that Defendant has satisfied its obligations under FERPA (34 CFR § 99.31(a)(9)) to make a reasonable effort to notify Class Members of this Order in advance of compliance, so that Class members have opportunity to seek protective action should they wish to do so, and that FERPA privacy concerns shall not serve as a bar to the production of any of the following educational and financial records of Class Members as part of discovery and subject to any other orders of this Court, including:

    a. Name, Contact Information, and Email address;

    b. Dates of Attendance;

    c. Classes Taken During Spring 2020 and Jan. 2020 Interterm;

    d. Academic Transcript;

    e. Major;

    f. Graduation and Enrollment Dates;

    g. Hours Enrolled during Spring 2020 Semester including the Jan 2020 Interterm;

    h. Full time or part time;

    i. Location of Enrollment (i.e. Main Campus, Online, Regional Campus);

    j. Tuition Assessed;

    k. Tuition Paid (including method of payments);

    l. Fees Assessed;

    m. Fees Paid (including method of payments);

    n. Amount of Scholarships, Grants, Loans, and Emergency Relief Funds; and

    o. Any other similar information specifically authorized by the Court to be released.

5. The Court approves the Notice ~~attached hereto as~~ **~~Exhibit A~~** **filed at ECF No. 122-1**.

6. It is determined that these are the best practicable notice mechanisms for obtaining disclosures in this matter and facilitating resolution of the specified privacy concerns regarding the claims and defenses of this action, and this order satisfies 34 CFR § 99.31, including subsection 9.

**IT IS SO ORDERED.**

Dated: February 25, 2022

_____
Mark C. Scarsi
UNITED STATES DISTRICT JUDGE