David R. Sugden, Bar No. 218465
dsugden@calljensen.com
Julie R. Trotter, Bar No. 209675
jtrotter@calljensen.com
Marlynn P. Howe, Bar No. 120687
mhowe@calljensen.com
Melinda Evans, Bar No. 216594
mevans@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000

Attorneys for Defendant University of La Verne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF LA VERNE,<br><br>Defendant. | Case No. 2:20-cv-07665-MCS-RAOx<br>Assigned to Hon. Mark C. Scarsi<br><br>**DECLARATION OF XOCHITL MARTINEZ IN SUPPORT OF DEFENDANT UNIVERSITY OF LA VERNE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 9, 2022<br>Time: 9:00 a.m.<br>Crtrm: 7C<br><br>Complaint Filed: August 23, 2020<br>FAC Filed: December 18, 2020<br>SAC Filed: February 22, 2021<br>Trial Date: October 4, 2022 |

UNI13-20:3293253_1:4-2-22

DECLARATION OF XOCHITL MARTINEZ IN SUPPORT OF DEFENDANT UNIVERSITY OF LA VERNE'S
MOTION FOR SUMMARY JUDGMENT

I, Xochitl Martinez, declare:

1. I am the Associate Vice President of Operations for Defendant University of La Verne ("ULV"). I have personal knowledge of the following matters and, if called to testify concerning them, could do so competently. My declaration is in support of ULV's Motion for Summary Judgment.

2. As Associate Vice President of Operations, I am responsible to oversee the processing and maintenance of student financial records for ULV. In that role, I reviewed enrollment and financial records of Plaintiff Brianna Arredondo ("Plaintiff") and other business records of ULV to determine her financial data for the Spring 2020 Semester.

3. During Spring Semester 2020 Plaintiff was a traditional undergraduate ("TUG") senior pursuing a Bachelor's degree in business administration at ULV's Main/Central Campus. A true and correct copy of Plaintiff's unofficial academic transcript is attached hereto as **Exhibit 1** [Arredondo Transcript].

4. According to ULV's 2019-2020 Catalog, TUG courses under the Central Campus Calendar during the Spring Semester 2020 ran from January 3 to May 31, 2020. The TUG Spring Semester 2020 was comprised of two components: a "January Interterm" period, and a regular "Spring 2020" period. Attached as **Exhibit 2** are true and correct copies of excerpts of ULV's 2019-2020 Catalog.

5. TUG students could take up to 23 credit hours during the January Interterm and Spring 2020 term of the Spring Semester 2020 for one flat tuition rate of $21,720, as shown in **Exhibit 2**, at ULV 000067.

6. According to ULV's records maintained in the regular course of its operations, Plaintiff enrolled in classes for the Spring Semester 2020 and took 20 units for a flat rate tuition charge of $21,720. Attached as **Exhibit 3**, is a true and correct copy of a summary of financial data that I prepared for Plaintiff representing charges, grants, scholarships, student loans, credit card payments and fee refunds processed by ULV for Plaintiff during the Spring 2020 Semester. I have verified the accuracy of this

summary against the financial records on file for Plaintiff. Additionally, attached as **Exhibit 4**, is a true and correct copy of Plaintiff's Student Trans Summary Report, a ULV business record that I used to prepare Plaintiff's Financial Summary, showing this charge and all charges, grants, scholarships, student loans, credit card payments and fee refunds processed by ULV while Plaintiff attended ULV.

7. Plaintiff was also charged for the following fees: (i) $395 for her health insurance and services fee; (ii) $160 fee for the Associated Students University of La Verne ("ASULV"), however, $100 of this fee was refunded to Plaintiff; (iii) $50 fee known as a "Deferment Fee" associated with Plaintiff's execution and utilization of a payment plan, which allowed her to pay her tuition and fees on an installment basis; and (iv) $140 graduation fee, or a total of $745 in fees, less a $100 ASULV fee refund. In total, Plaintiff was charged $22,365 for tuition and fees (taking into account the $100 ASULV fee refund) for the Spring 2020 Semester, as shown on **Exhibit 3** and **Exhibit 4**.

8. Attached as **Exhibit 5**, is a true and correct copy of Plaintiff's Spring 2020 Semester Payment Plan – Agreement signed by Plaintiff on January 2, 2020. The Agreement shows that the deferment fee that Plaintiff should have been charged was $75, even though she was only charged $50. The deferment fee was charged to students who, like Plaintiff, set up a payment plan to pay tuition and fees over a period of time instead of paying in full at least one week prior to the January 3, 2020 start of the semester. ULV's transition to online learning due to the pandemic did not affect this fee or the services provided for it, and Plaintiff received deferment services by taking advantage of the payment plan as shown on her Student Trans Summary Report attached as **Exhibit 4**.

9. As shown by **Exhibit 3** and **Exhibit 4**, Plaintiff's Spring Semester 2020 tuition and fees were heavily subsidized by ULV in the form of a $6,500 ULV Founders Scholarship, and a ULV Grant in the amount of $5,800.

///

10. As shown by **Exhibit 3** and **Exhibit 4**, Plaintiff also received a Pell Grant in the amount of $2,972.

11. The ULV scholarship ($6,500), ULV grant ($5,800), and Pell Grant ($2,972) were all credited to Plaintiff's tuition ($21,720) and fees ($745), with the balance ($7,193) to be paid by Plaintiff under her payment plan attached as **Exhibit 5**.

12. None of Plaintiff's grants and scholarships needed to be repaid, despite the fact that Plaintiff's courses transitioned to online for part of Spring Semester 2020.

13. University of La Verne scholarships and grants are not available to La Verne Online students. Pell Grants are need-based funded and awarded only to undergraduate students who display exceptional financial need. I cannot say with 100% certainty that any traditional undergraduate student who was awarded a Pell Grant while attending ULV would likewise be awarded a Pell Grant if he or she enrolled in La Verne Online during the Spring 2020 Semester because the overall cost of attendance for students enrolled in La Verne Online is significantly less than the cost of attendance for traditional undergraduates. The difference in cost of attendance would require a new need analysis for each student to be performed in order to determine eligibility.

14. Additionally, Plaintiff's received an additional $250 in emergency relief funds that were issued to her by ULV during the Spring Semester 2020, as shown by **Exhibit 3** and **Exhibit 4**. Specifically, Plaintiff's account was credited $250 on April 16, 2020.

15. Approximately 655 undergraduates during the Spring 2020 Semester were "CAPA" adult learners enrolled in the Campus Accelerated Program for Adults ("CAPA"). CAPA courses were taught on an accelerated basis in "cycles" of 7-10 days, as shown in **Exhibit 2**, at ULV 000039. CAPA students who enrolled in TUG courses attended those courses under the Central Campus Calendar.

16. CAPA students also had the option of taking Main Campus undergraduate courses or La Verne Online courses. For any course—whether accelerated CAPA courses, Main Campus course, or La Verne Online course—CAPA students paid the

same tuition rate of $685 per unit, as shown in **Exhibit 2**, at ULV 000066 and 000068.

17. ULV's 2019-2020 Catalog states on its first page, "The information provided in the catalog reflects current policies, procedures and fees in place at the time of publication. However, the University reserves the right to make necessary changes in policies, requirements, tuition, fees and calendars contained herein at any time without prior notification," as shown in **Exhibit 2**, at ULV 000035.

18. The 2019-2020 Catalog also states on its first page, "It is the responsibility of the student to be familiar with the information presented in this catalog and to know and observe all policies and procedures related to the academic program the student is pursuing," as shown in **Exhibit 2**, at ULV 000035.

19. The 2019-2020 Catalog later repeats in bold type, "**The University reserves the right to make changes to all published rates of tuition and fees at any time without prior written notice,**" as shown in **Exhibit 2**, at ULV 000066.

20. The 2019-2020 Catalog explains that "The tuition charged to students will be the rate which is current for the *program* in which the student is enrolled, *regardless of the course in which the student enrolls*"—that is, a student enrolled as a TUG would pay the flat rate tuition of $21,720 for up to 23 units during the Spring Semester 2020, even if the student chose to earn some of those units through a La Verne Online course, as shown in **Exhibit 2**, at ULV 000066, with emphasis added here.

21. The Catalog sets forth "Refund/Tuition Credit Policies," specifying how students can request a refund per the standard sliding scale for students withdrawing from classes, or per a requested exception to that sliding scale, as shown in **Exhibit 2**, at ULV 000071.

22. The Catalog specifically states that refunds of tuition and fees beyond the standard sliding scale "will not be made for reasons such as employment conflict, personal conflict with student(s) or professor, moving out of town *or other reasons which are beyond the University's control* or responsibility," as shown in **Exhibit 2**, at ULV 000071, with emphasis added here.

DECLARATION OF XOCHITL MARTINEZ IN SUPPORT OF DEFENDANT UNIVERSITY OF LA VERNE'S MOTION FOR SUMMARY JUDGMENT

23. When the Catalog states that the cost of La Verne Online tuition per unit is $645, the Catalog states, "The University of La Verne reserves the right to establish a varying tuition rate for new programs established at new sites when there are unusual operating conditions," as shown in **Exhibit 2**, at ULV 000068.

24. The standard written Spring 2020 Semester Payment Plan Agreement specifically provided that the total contract amount would be the total unpaid charges after all scholarships and financial aid were applied, so that all scholarships, grants, and other forms of financial aid needed to be applied first to determine the student's remaining payment obligation, as shown in **Exhibit 5**, at ULV 000002-000004, ¶ 8.

25. No grants or scholarships had to be repaid, despite the fact that part of Spring Semester 2020 was taught remotely.

26. Had students registered for La Verne Online courses instead of in-person classes, they would not have been eligible to receive ULV scholarships or ULV grants.

27. Nor were students required to repay the emergency pandemic relief funds that were distributed to them.

28. In-person instruction has resumed for ULV Main Campus undergraduates.

29. Plaintiff graduated in January 2021, and the last semester she took courses at ULV was Fall 2020.

30. The Tuition Information Spreadsheets for TUG and CAPA students ("Spreadsheets"), true and correct copies of which are attached hereto as **Exhibit 19** and **Exhibit 20**, respectively, were created with information gathered under my supervision from the records of ULV maintained in the regular course of its business, for purposes of determining the following information for each class member pertaining to the Spring Semester 2020: (1) gross amount of tuition charged; (2) amount of fees charged including Student Health Insurance fee, ASULV fee, deferment fee, and Lab fees; (3) number of units/credits; (4) amount of ULV scholarships, grants and awards; (5) amount of government grants; (6) amount of other scholarships or grants; (7) third party payments; (8) tuition remission payments; (9) amount of credit/refunds applied to

the student's account; (10) amount of ULV emergency aid credit(s); (11) amount of CARES/HEERFS or other government emergency aid/relief credits(s). The work to gather this information was painstaking and time consuming, and performed to the best of my ability in concert with those that worked with me to prepare the Spreadsheets.

31. As used on the Spreadsheets, the term "third-party payment" refers to payment by a third party such as an employer or a foreign government who is billed for the tuition of a student. "Tuition remission" refers to ways a university pays tuition costs for students, including tuition waivers and tuition payments. These terms do not include situations in which the student is billed for the tuition, and a third party such as a parent or grandparent, writes the check.

32. All undergraduate fee based services, such as Transcript fee, Lost ID Card fee, and Deferment fee, if not refunded, continued even after the campus closed because the associated services were available and continued to be delivered for these fees.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. This declaration was executed on April 2, 2022, at La Verne, California.

*Xochitl Martinez*
Xochitl Martinez