**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF LA VERNE,<br><br>Defendant. | Case No. 2:20-cv-07665-MCS-RAO<br><br>**DECLARATION OF MARCUS WILLIAMS** |

I, Marcus Williams, submit the following declaration under penalty of perjury and declare the following statements to be truthful and accurate to the best of my recollection at the time:

1. I am over the age of 18 years, am a resident of California, and submit this declaration in support of this case so that students like me can recover a partial refund of tuition and/or fees for the Spring 2020 semester.

2. I was admitted, enrolled, registered, and paid to attend the University of La Verne ("La Verne", "ULV", or "University") during the Spring 2020 semester at its Main Campus as part of the Campus Accelerated Program for Adults ("CAPA") program.

3. As part of the CAPA program, I was able to take courses offered on the Main Campus.

4. During the Spring 2020 semester I registered and enrolled in two courses that were offered in-person and on the Main Campus. Those courses ran on the same schedule and calendar as the traditional undergraduate program.

5. For the Spring 2020 semester, my classes were scheduled to take place from about early February 2020 to May 2020.

6. During my application, admission, enrollment, registration, and payment processes with La Verne, I understood that ULV was going to provide students like me with access to campus, in-person classes, access to campus facilities, access to labs, access to in-person technologies, and other in-person, on-campus educational services if I paid tuition and fees.

7. I formed this understanding based on standardized or policy documents I received from La Verne, statements made by La Verne, and past performance.

8. Throughout the course of numerous documents, materials, policy statements, and other materials that were provided to me by La Verne prior to my enrollment, registration and payments, I understood that my tuition and fee payments were made in part for access to campus, access to facilities, access to technologies, and other campus based or in-person educational services, opportunities, and experiences.

9. After the University converted to online-only learning, I received educational services that were materially different that what I signed up for.

10. Notably, I failed to receive the on-campus and in-person educational services that I contracted for and reasonably expected to receive when I paid tuition and fees and registered for courses on the Main Campus.

11. I did not sign up for online-only courses and educational experiences offered without access to campus, its technologies, its labs, its libraries, classroom teaching, the in-person community, and all other services associated with campus-based, in-person education.

12. Even if I had registered for CAPA online courses that were offered as part of the CAPA program, I still would have had access to campus and all of its facilities, services, activities

and communities that were not available once ULV converted to online-only education.

13. As a CAPA student, I also had the option to register for both in-person and online courses simultaneously in the same semester or to register for online or in-person courses as needed on a semester by semester basis.

14. During the Spring 2020 semester, La Verne failed to deliver and I failed to receive the educational services that I signed up for, agreed to, and paid for.

15. During the Spring 2020 semester, La Verne closed its campus, denied students access to facilities, services, and technologies. This effectively converted all students like me to La Verne Online, except La Verne made us pay the CAPA program tuition and fee prices.

16. I did not sign up for a fully online-only education program that did not provide access to campus, its technologies, its labs, its libraries, its facilities, classroom teaching, the in-person community, and all the other services associated with campus-based education program.

17. I understand that there are cheaper online-only education program alternatives available in the marketplace, including La Verne's own online-only program – which costs less per credit hour than what I paid for during the Spring 2020 semester. I understand this is commonly called La Verne Online.

18. Despite doing that and not being able to provide the services I signed up for, La Verne decided to keep the full amount of tuition and most of the fees without offering a partial refund, discount, or credit.

19. I did not enroll, register, apply, gain admission to, or pay to attend La Verne Online.

20. I understand that students like me have petitioned and are seeking a partial and equitable refund of tuition and fees in this lawsuit.

21. I believe that students like me should receive a partial refund because we received

materially different services that what we signed up for.

22. I am prepared to testify in Court if I am needed, and I support this case for all the other students that were affected by ULV's actions.

Dated: 4/15/2022

Los Angeles, California

DocuSigned by: MARCUS WILLIAMS

4