| Leeds Brown Law, P. C. 2:20-cv-07665-MCS-RAO Brianna Arredondo v. University of La Verne | | | |
|---|---|---|---|
| Table 1 | | | |
| Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | | | |
| **Attorney** | **Rate/Hour** | **Hours** | **Fee** |
| Anthony Alesandro (Associate) | $400.00 | 8.2 | $3,280.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 2.4 | $2,040.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 0.0 | $0.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 3.2 | $1,840.00 |
| Lenard Leeds (Partner) | $850.00 | 3.8 | $3,230.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 0.0 | $0.00 |
| Sara Shamenek (Paralegal) | $200.00 | 0.6 | $120.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 20.4 | $12,750.00 |
| Thao Williams (Paralegal) | $200.00 | 0.0 | $0.00 |
| **Fee Request for Task 1** | | **38.6** | **$23,260.00** |
| Task 2: Legal and Factual Analysis of Claims and Defenses | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Anthony Alesandro (Associate) | $400.00 | 0.0 | $0.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 2.0 | $1,700.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 0.0 | $0.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 1.0 | $575.00 |
| Lenard Leeds (Partner) | $850.00 | 0.6 | $510.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 0.0 | $0.00 |

| Sara Shamenek (Paralegal) | $200.00 | 2.6 | $520.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 9.5 | $5,937.50 |
| Thao Williams (Legal Assistant) | $200.00 | 0.0 | $0.00 |
| **Fee Request for Task** | | **15.7** | **$9,242.50** |

Task 3: Case Management

| **Attorney** | **Rate** | **Hours** | **Fee** |
| --- | --- | --- | --- |
| Anthony Alesandro (Associate) | $400.00 | 0.0 | $0.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 0.7 | $595.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 0.0 | $0.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 0.5 | $287.50 |
| Lenard Leeds (Partner) | $850.00 | 0.2 | $170.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 0.0 | $0.00 |
| Sara Shamenek (Paralegal) | $200.00 | 0.7 | $140.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 3.6 | $2,250.00 |
| Thao Williams (Paralegal) | $200.00 | 1.1 | $220.00 |
| **Fee Request for Task** | | **6.8** | **$3,662.50** |

Task 4: Motion to Dismiss

| **Attorney** | **Rate** | **Hours** | **Fee** |
| --- | --- | --- | --- |
| Anthony Alesandro (Associate) | $400.00 | 8.2 | $3,280.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 3.1 | $2,635.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 0.0 | $0.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 0.0 | $0.00 |
| Lenard Leeds (Partner) | $850.00 | 2.5 | $2,125.00 |

| Victoria Monaco (Legal Assistant) | $125.00 | 3.0 | $375.00 |
|---|---|---|---|
| Sara Shamenek (Paralegal) | $200.00 | 0.2 | $40.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 23.5 | $14,687.50 |
| Thao Williams (Legal Assistant) | $200.00 | 0.0 | $0.00 |
| **Fee Request for Task** | | **40.5** | **$23,142.50** |

| Task 5: Written Discovery | | | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Anthony Alesandro (Associate) | $400.00 | 1.1 | $440.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 2.8 | $2,380.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 0.0 | $0.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 0.0 | $0.00 |
| Lenard Leeds (Partner) | $850.00 | 3.0 | $2,550.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 8.2 | $1,025.00 |
| Sara Shamenek (Paralegal) | $200.00 | 105.9 | $21,180.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 61.1 | $38,187.50 |
| Thao Williams (Legal Assistant) | $200.00 | 0.7 | $140.00 |
| **Fee Request for Task** | | **182.8** | **$65,902.50** |

| Task 6: Depositions | | | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Anthony Alesandro (Associate) | $400.00 | 0.0 | $0.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 2.0 | $1,700.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 0.0 | $0.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 6.7 | $3,852.50 |
| Lenard Leeds (Partner) | $850.00 | 0.0 | $0.00 |

| Attorney | Rate | Hours | Fee |
|---|---|---|---|
| Victoria Monaco (Legal Assistant) | $125.00 | 0.0 | $0.00 |
| Sara Shamenek (Paralegal) | $200.00 | 83.5 | $16,700.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 47.3 | $29,562.50 |
| Thao Williams (Legal Assistant) | $200.00 | 0.3 | $60.00 |
| **Fee Request for Task** | | **139.8** | **$51,875.00** |
| Task 7: Motion for Class Certification | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Anthony Alesandro (Associate) | $400.00 | 0 | $0.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 4.5 | $3,825.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 0.0 | $0.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 0 | $0.00 |
| Lenard Leeds (Partner) | $850.00 | 3.0 | $2,550.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 0 | $0.00 |
| Sara Shamenek (Paralegal) | $200.00 | 46.4 | $9,280.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 24.7 | $15,437.50 |
| Thao Williams (Legal Assistant) | $200.00 | 0.0 | $0.00 |
| **Fee Request for Task** | | **78.6** | **$31,092.50** |
| Task 8: Expert Reports and Discovery | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Anthony Alesandro (Associate) | $400.00 | 0.3 | $120.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 1.6 | $1,360.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 0.0 | $0.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 0 | $0.00 |

| | | | |
|---|---|---|---|
| Lenard Leeds (Partner) | $850.00 | 0 | $0.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 0 | $0.00 |
| Sara Shamenek (Paralegal) | $200.00 | 0 | $0.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 21.0 | $13,125.00 |
| Thao Williams (Legal Assistant) | $200.00 | 0.0 | $0.00 |
| **Fee Request for Task** | | **22.9** | **$14,605.00** |

| Task 9: Motions for Summary Judgment and Decertification of the Class | | | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Anthony Alesandro (Associate) | $400.00 | 2.0 | $800.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 3.0 | $2,550.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 0.0 | $0.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 0 | $0.00 |
| Lenard Leeds (Partner) | $850.00 | 0 | $0.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 0 | $0.00 |
| Sara Shamenek (Paralegal) | $200.00 | 62.6 | $12,520.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 67.1 | $41,937.50 |
| Thao Williams (Legal Assistant) | $200.00 | 0.0 | $0.00 |
| **Fee Request for Task** | | **134.7** | **$57,807.50** |

| Task 10: Communications with Class Members | | | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Anthony Alesandro (Associate) | $400.00 | 0.2 | $80.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 0.5 | $425.00 |

| Rosario Bucaro (Paralegal) | $200.00 | 4.5 | $900.00 |
|---|---|---|---|
| Brett R. Cohen (Senior Associate) | $575.00 | 0 | $0.00 |
| Lenard Leeds (Partner) | $850.00 | 0 | $0.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 0 | $0.00 |
| Sara Shamenek (Paralegal) | $200.00 | 11.8 | $2,360.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 8.3 | $5,187.50 |
| Thao Williams (Legal Assistant) | $200.00 | 10.8 | $2,160.00 |
| **Fee Request for Task** | | **36.1** | **$11,032.50** |

| Task 11: Mediation and Settlement Negotiations | | | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Anthony Alesandro (Associate) | $400.00 | 1.9 | $760.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 12.2 | $10,370.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 0.2 | $115.00 |
| Lenard Leeds (Partner) | $850.00 | 14.0 | $11,900.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 2.6 | $325.00 |
| Sara Shamenek (Paralegal) | $200.00 | 19.3 | $3,860.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 43.9 | $27,437.50 |
| Thao Williams (Legal Assistant) | $200.00 | 0.0 | $0.00 |
| **Fee Request for Task** | | **94.1** | **$54,767.50** |

| Task 12: Drafting Settlement Papers and Approval Motion | | | |
|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Fee** |

| | | | |
|---|---|---|---|
| Anthony Alesandro (Associate) | $400.00 | 0 | $0.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 3.6 | $3,060.00 |
| Rosario Bucaro (Paralegal) | $200.00 | 20.0 | $4,000.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 0 | $0.00 |
| Lenard Leeds (Partner) | $850.00 | 0 | $0.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 0 | $0.00 |
| Sara Shamenek (Paralegal) | $200.00 | 0 | $0.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 0.6 | $375.00 |
| Thao Williams (Legal Assistant) | $200.00 | 0.0 | $0.00 |
| **Fee Request for Task** | | **24.2** | **$7,435.00** |

Task 13: Trial Preparation

| **Attorney** | **Rate** | **Hours** | **Fee** |
|---|---|---|---|
| Anthony Alesandro (Associate) | $400.00 | 10.9 | $4,360.00 |
| Jeffrey K. Brown (Partner) | $850.00 | 2.8 | $2,380.00 |
| Brett R. Cohen (Senior Associate) | $575.00 | 0 | $0.00 |
| Lenard Leeds (Partner) | $850.00 | 0 | $0.00 |
| Victoria Monaco (Legal Assistant) | $125.00 | 0 | $0.00 |
| Sara Shamenek (Paralegal) | $200.00 | 0 | $0.00 |
| Michael A. Tompkins (Senior Associate) | $625.00 | 19.0 | $11,875.00 |
| Thao Williams (Legal Assistant) | $200.00 | 2.0 | $400.00 |
| **Fee Request for Task** | | **34.7** | **$19,015.00** |
| | **TOTALS** | | |