|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | Table 2 |  |  |  |  |  |
| **Attorney 1** | **Rate** | **Task** | **Hours by Task** | **TOTAL** |  | **SUM TOTALS** |  |
| Anthony Alesandro (Associate) | $400.00 | Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | 8.2 | **HOURS** | 32.8 | **HOURS** |  |
|  |  | Task 2: Legal and Factual Analysis of Claims and Defenses | 0.0 | **AMOUNT** | $13,120.00 | **AMOUNT** |  |
|  |  | Task 3: Case Management | 0.0 |  |  |  |  |
|  |  | Task 4: Motion to Dismiss | 8.2 |  |  |  |  |
|  |  | Task 5: Written Discovery | 1.1 |  |  |  |  |
|  |  | Task 6: Depositions | 0.0 |  |  |  |  |
|  |  | Task 7: Motion for Class Certification | 0.0 |  |  |  |  |
|  |  | Task 8: Expert Reports and Discovery | 0.3 |  |  |  |  |
|  |  | Task 9: Motions for Summary Judgment and Decertification of the Class | 2.0 |  |  |  |  |
|  |  | Task 10: Communications with Class Members | 0.2 |  |  |  |  |
|  |  | Task 11: Mediation and Settlement Negotiations | 1.9 |  |  |  |  |
|  |  | Task 12: Drafting Settlement Papers and Approval Motion | 0.0 |  |  |  |  |
|  |  | Task 13: Trial Preparation | 10.9 |  |  |  |  |
| **Attorney 2** | **Rate** | **Task** | **Hours by Task** | **TOTALS** |  |  |  |
| Jeffrey K. Brown (Partner) | $850.00 | Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | 2.4 | **HOURS** | 41.2 |  |  |

| | | Task 2: Legal and Factual Analysis of Claims and Defenses | 2.0 | **AMOUNT** | $35,020.00 |
|---|---|---|---|---|---|
| | | Task 3: Case Management | 0.7 | | |
| | | Task 4: Motion to Dismiss | 3.1 | | |
| | | Task 5: Written Discovery | 2.8 | | |
| | | Task 6: Depositions | 2.0 | | |
| | | Task 7: Motion for Class Certification | 4.5 | | |
| | | Task 8: Expert Reports and Discovery | 1.6 | | |
| | | Task 9: Motions for Summary Judgment and Decertification of the Class | 3.0 | | |
| | | Task 10: Communications with Class Members | 0.5 | | |
| | | Task 11: Mediation and Settlement Negotiations | 12.2 | | |
| | | Task 12: Drafting Settlement Papers and Approval Motion | 3.6 | | |
| | | Task 13: Trial Preparation | 2.8 | | |
| **Attorney 3** | **Rate** | **Task** | **Hours by Task** | **TOTALS** | |
| Rosario Bucaro (Parlaegal) | $200.00 | Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | 0 | **HOURS** | 24.5 |
| | | Task 2: Legal and Factual Analysis of Claims and Defenses | 0 | **AMOUNT** | $4,900.00 |
| | | Task 3: Case Management | 0 | | |
| | | Task 4: Motion to Dismiss | 0 | | |
| | | Task 5: Written Discovery | 0 | | |
| | | Task 6: Depositions | 0 | | |
| | | Task 7: Motion for Class Certification | 0 | | |
| | | Task 8: Expert Reports and Discovery | 0 | | |
| | | Task 9: Motions for Summary Judgment and Decertification of the Class | 0 | | |

| | | Task 10: Communications with Class Members | 4.5 | | |
| | | Task 11: Mediation and Settlement Negotiations | 0 | | |
| | | Task 12: Drafting Settlement Papers and Approval Motion | 20 | | |
| | | Task 13: Trial Preparation | 0 | | |
| **Attorney 3** | **Rate** | **Task** | **Hours by Task** | **TOTALS** | |
| Brett R. Cohen (Senior Associate) | $575.00 | Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | 3.2 | **HOURS** | 11.6 |
| | | Task 2: Legal and Factual Analysis of Claims and Defenses | 1 | **AMOUNT** | $6,670.00 |
| | | Task 3: Case Management | 0.5 | | |
| | | Task 4: Motion to Dismiss | 0 | | |
| | | Task 5: Written Discovery | 0 | | |
| | | Task 6: Depositions | 6.7 | | |
| | | Task 7: Motion for Class Certification | 0 | | |
| | | Task 8: Expert Reports and Discovery | 0 | | |
| | | Task 9: Motions for Summary Judgment and Decertification of the Class | 0 | | |
| | | Task 10: Communications with Class Members | 0 | | |
| | | Task 11: Mediation and Settlement Negotiations | 0.2 | | |
| | | Task 12: Drafting Settlement Papers and Approval Motion | 0 | | |
| | | Task 13: Trial Preparation | 0 | | |
| **Attorney 4** | **Rate** | **Task** | **Hours by Task** | **TOTALS** | |
| Lenard Leeds (Partner) | $850.00 | Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | 3.8 | **HOURS** | 27.1 |

| | | Task 2: Legal and Factual Analysis of Claims and Defenses | 0.6 | **AMOUNT** | $23,035.00 |
|---|---|---|---|---|---|
| | | Task 3: Case Management | 0.2 | | |
| | | Task 4: Motion to Dismiss | 2.5 | | |
| | | Task 5: Written Discovery | 3.0 | | |
| | | Task 6: Depositions | 0.0 | | |
| | | Task 7: Motion for Class Certification | 3.0 | | |
| | | Task 8: Expert Reports and Discovery | 0.0 | | |
| | | Task 9: Motions for Summary Judgment and Decertification of the Class | 0.0 | | |
| | | Task 10: Communications with Class Members | 0.0 | | |
| | | Task 11: Mediation and Settlement Negotiations | 14.0 | | |
| | | Task 12: Drafting Settlement Papers and Approval Motion | 0.0 | | |
| | | Task 13: Trial Preparation | 0.0 | | |
| **Attorney 5** | **Rate** | **Task** | **Hours by Task** | **TOTALS** | |
| Victoria Monaco (Legal Assistant) | $125.00 | Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | 0 | **HOURS** | 13.8 |
| | | Task 2: Legal and Factual Analysis of Claims and Defenses | 0 | **AMOUNT** | $1,725.00 |
| | | Task 3: Case Management | 0 | | |
| | | Task 4: Motion to Dismiss | 3 | | |
| | | Task 5: Written Discovery | 8.2 | | |
| | | Task 6: Depositions | 0 | | |
| | | Task 7: Motion for Class Certification | 0 | | |
| | | Task 8: Expert Reports and Discovery | 0 | | |
| | | Task 9: Motions for Summary Judgment and Decertification of the Class | 0 | | |

| | | Task 10: Communications with Class Members | 0 | | |
|---|---|---|---|---|---|
| | | Task 11: Mediation and Settlement Negotiations | 2.6 | | |
| | | Task 12: Drafting Settlement Papers and Approval Motion | 0 | | |
| | | Task 13: Trial Preparation | 0 | | |
| **Attorney 6** | **Rate** | **Task** | **Hours by Task** | **TOTALS** | |
| Sara Shamenek (Paralegal) | $200.00 | Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | 0.6 | **HOURS** | 333.6 |
| | | Task 2: Legal and Factual Analysis of Claims and Defenses | 2.6 | **AMOUNT** | $66,720.00 |
| | | Task 3: Case Management | 0.7 | | |
| | | Task 4: Motion to Dismiss | 0.2 | | |
| | | Task 5: Written Discovery | 105.9 | | |
| | | Task 6: Depositions | 83.5 | | |
| | | Task 7: Motion for Class Certification | 46.4 | | |
| | | Task 8: Expert Reports and Discovery | 0 | | |
| | | Task 9: Motions for Summary Judgment and Decertification of the Class | 62.6 | | |
| | | Task 10: Communications with Class Members | 11.8 | | |
| | | Task 11: Mediation and Settlement Negotiations | 19.3 | | |
| | | Task 12: Drafting Settlement Papers and Approval Motion | 0 | | |
| | | Task 13: Trial Preparation | 0 | | |
| **Attorney 7** | **Rate** | **Task** | **Hours by Task** | **TOTALS** | |

| Michael A. Tompkins (Senior Associate) | $625.00 | Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | 20.4 | **HOURS** | 350 |
|---|---|---|---|---|---|
| | | Task 2: Legal and Factual Analysis of Claims and Defenses | 9.5 | **AMOUNT** | $218,750.00 |
| | | Task 3: Case Management | 3.6 | | |
| | | Task 4: Motion to Dismiss | 23.5 | | |
| | | Task 5: Written Discovery | 61.1 | | |
| | | Task 6: Depositions | 47.3 | | |
| | | Task 7: Motion for Class Certification | 24.7 | | |
| | | Task 8: Expert Reports and Discovery | 21.0 | | |
| | | Task 9: Motions for Summary Judgment and Decertification of the Class | 67.1 | | |
| | | Task 10: Communications with Class Members | 8.3 | | |
| | | Task 11: Mediation and Settlement Negotiations | 43.9 | | |
| | | Task 12: Drafting Settlement Papers and Approval Motion | 0.6 | | |
| | | Task 13: Trial Preparation | 19.0 | | |

| **Attorney 8** | **Rate** | **Task** | **Hours by Task** | **TOTALS** | |
|---|---|---|---|---|---|
| Thao Williams (Paralegal) | $200.00 | Task 1: Investigation of Claims, Pleadings, and Non-Motion Filings | 0.00 | **HOURS** | 14.9 |
| | | Task 2: Legal and Factual Analysis of Claims and Defenses | 0.00 | **AMOUNT** | $2,980.00 |
| | | Task 3: Case Management | 1.10 | | |
| | | Task 4: Motion to Dismiss | 0.00 | | |
| | | Task 5: Written Discovery | 0.70 | | |
| | | Task 6: Depositions | 0.30 | | |
| | | Task 7: Motion for Class Certification | 0.00 | | |

| | | | |
|---|---|---|---|
| | | Task 8: Expert Reports and Discovery | 0.00 |
| | | Task 9: Motions for Summary Judgment and Decertification of the Class | 0.00 |
| | | Task 10: Communications with Class Members | 10.80 |
| | | Task 11: Mediation and Settlement Negotiations | 0.00 |
| | | Task 12: Drafting Settlement Papers and Approval Motion | 0.00 |
| | | Task 13: Trial Preparation | 2.00 |