David R. Sugden, Bar No. 218465
dsugden@calljensen.com
Julie R. Trotter, Bar No. 209675
jtrotter@calljensen.com
Marlynn P. Howe, Bar No. 120687
mhowe@calljensen.com
Melinda Evans, Bar No. 216594
mevans@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000

Attorneys for Defendant University of La Verne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF LA VERNE,<br><br>Defendant. | Case No. 2:20-cv-07665-MCS-RAOx<br>Assigned to Hon. Mark C. Scarsi<br><br>**DECLARATION OF DAVID R. SUGDEN IN SUPPORT OF DEFENDANT UNIVERSITY OF LA VERNE'S REQUEST FOR APPEARANCE OF CO-COUNSEL AT HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: December 12, 2022<br>Time: 9:00 a.m.<br>Place: Courtroom 7C, 7th Floor<br><br>Complaint Filed: August 23, 2020<br>FAC Filed: December 18, 2020<br>SAC Filed: February 22, 2021<br>Trial Date: October 4, 2022 |

UNI13-20:3534739_1:12-5-22

DECLARATION OF DAVID R. SUGDEN IN SUPPORT OF DEFENDANT UNIVERSITY OF LA VERNE'S REQUEST FOR APPEARANCE OF CO-COUNSEL AT HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, David R. Sugden, declare:

1. I am a shareholder with the law firm of Call & Jensen, attorneys for Defendant University of La Verne ("Defendant") in the above-captioned action. I have personal knowledge of the following matters and, if called to testify concerning them, could do so competently.

2. The parties in this class action have reached a settlement agreement, and Plaintiffs' Motion For Preliminary Approval Of Class Action Settlement And Notice Plan is scheduled to be heard at 9:00 a.m. on December 12, 2022.

3. I am currently lead trial counsel in a trial in Colorado, in the action *Franklin D. Azar & Associates, P.C. v. Ivy Ngo*, Case No. 2020CV30785 pending in the District Court of the City and County of Denver. As of today's date (December 5, 2022), it appears likely that this trial will not be completed before December 12, 2022, and that I will consequently be in trial in Colorado on December 12, 2022, the date of the hearing for preliminary approval of the class action settlement in this matter.

4. My co-counsel in this action is Marlynn P. Howe, who is an attorney at Call & Jensen, and counsel of record for Defendant. I respectfully request that Ms. Howe be permitted to appear for Defendant at the hearing on December 12, 2022, if my trial in Colorado is not completed before that date. Ms. Howe is familiar with this action and the settlement agreement, and is fully competent to represent Defendant at the hearing on December 12 should I be unable to be there due to my trial in Colorado.

5. If my trial in Colorado ends this week and I am able to attend the hearing in this action on December 12, 2022, I will attend. However, because I anticipate that the Colorado trial will continue into the week of December 12, I am making this advance request for permission for Ms. Howe to attend the hearing in the event that I am unable to attend myself due to my trial in Colorado.

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. This declaration was executed on December 5, 2022 at Newport Beach, California.

                                              */s/ David R. Sugden*
                                              David Sugden