David R. Shoop, Esq. (SBN 220576)
Thomas S. Alch, Esq. (SBN 136860)
**SHOOP | A PROFESSIONAL LAW CORPORATION**
9701 Wilshire Blvd., Suite 950
Beverly Hills, California 90212
Telephone: (310) 620-9533
David.shoop@shooplaw.com
Thomas.alch@shooplaw.com

Jason P. Sultzer, Esq.*
Mindy Dolgoff, Esq.*
**THE SULTZER LAW GROUP P.C.**
270 Madison Avenue, Suite 1800
New York, NY 10016
Telephone: (212) 969-7810
sultzerj@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com
***Admitted Pro Hac Vice***

Perry L. Segal (SBN 250947)
**Charon Law**
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065-1422
(650) 542-7935
perry.segal@charonlaw.com

Jeffrey K. Brown, Esq. *
Michael A. Tompkins, Esq.*
**Leeds Brown Law, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
jbrown@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF LA VERNE,<br><br>Defendant. | Case No. 2:20-cv-07665-MCS-RAOx<br><br>Hon. Mark C. Scarsi, U.S.D.J.<br><br>**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**Motion Hearing Information**<br>Date: April 10, 2023<br>Time: 9:00 a.m. PST<br>Crtrm.: 590, 5th Floor |

**1**

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff Brianna Arredondo ("Plaintiff") and the certified Class, by and through the undersigned counsel, respectfully move for a short seven-day extension to the deadline to file a motion for final approval of the settlement of this class action and its motion for attorneys' fees, costs and service award from March 13, 2023 to March 20, 2023. Plaintiff submits that good cause exists for this extension and states as grounds for the requested extension, as follows:

1.     The Parties notified the Court on August 26, 2022 that the Parties had reached a settlement in the above captioned action. Dkt. 165.

2.     Plaintiff filed her motion for preliminary approval of the class action settlement on November 14, 2023. Dkt. 170

3.     A hearing on Plaintiff's motion was held before the Court on December 12, 2022.

4.     This Court issued it order preliminarily approving the settlement and approving the notice plan on December 21, 2022. Dkt. 180

5.     The Plaintiff has worked diligently with CPT and with Defendant to carry out the Notice Plan and has done so, the Parties are still working with CPT to process responses from Settlement Class Members. While all parties have worked together diligently, they request an additional 7 days to work through remaining claims issues, including reviewing and responding to responses from Class members

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS**

as needed, in order to supply the Court with a detailed analysis so that it can fully evaluate the settlement for final approval and award attorneys fees, costs, and serve award as it deems appropriate.

6.      The hearing on the final approval motion is currently set for April 10, 2023 and the Settlement Class Members have been advised as such in the notice and on the settlement website.  The Parties remain available to appear on that date and respectfully request that it remain on the calendar as noticed to the Settlement Class.

7.      There have been no prior requests for continuance of the deadline to file a motion for final approval or for a motion for attorneys' fees, costs and service award.

The Parties therefore request that the Court grant this motion and extend the deadline for the filing of the motion for final approval of the class action settlement and Plaintiff's motion for attorneys' fees, costs and service award from March 13, 2023 to March 20, 2022.

Respectfully submitted,

Dated: March 10, 2023


                            _____/s/ Mindy Dolgoff
                        **THE SULTZER LAW GROUP P.C.**
                    Jason P. Sultzer, Esq. (admitted Pro Hac Vice)
                    Mindy Dolgoff, Esq. (admitted Pro Hac Vice)

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS**

**LEEDS BROWN LAW P.C.**
Michael A. Tompkins, Esq. (admitted Pro Hac Vice)
Jeffry K. Brown, Esq. (admitted Pro Hac Vice)
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
mtompkins@leedsbrownlaw.com
jbrown@leedsbrownlaw.com

**SHOOP A PROFESSIONAL LAW CORPORATION**
David R. Shoop, Esq.
Thomas S. Alch, Esq.
9701 Wilshire Blvd., Suite 950
Beverly Hills, California 90212
Telephone: (310) 620-9533

**PERRY L. SEGAL DBA CHARON LAW**
Perry L. Segal, Esq.
303 Twin Dolphin Drive, Suite 600
Redwood City, California 94065-1422
(650) 542-7935
perry.segal@charonlaw.com

*Counsel for Plaintiff and the Putative Class*

**4**

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND
COSTS**