# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

Case No.  2:20-cv-07665-MCS-RAO                          Date  April 10, 2023

Title  *Brianna Arredondo v. University of La Verne*

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Perry L. Segal, Michael A. Thompkins; Thomas S. Alch Jason P. Sultzer | David R. Sugden Marlynn P. Howe |

**Proceedings: Motion for Final Approval of Class Action Settlement (ECF No. 183) and Motion for Attorneys' Fees (ECF No. 184)**

The motion hearing is held. Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.