UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA ARREDONDO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF LA VERNE,<br><br>Defendant. | Case No. 2:20-cv-07665-MCS-RAO<br><br>**ORDER GRANTING APPROVAL OF CLASS COUNSEL'S REQUESTS FOR ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS AND EXPENSES, and PLAINTIFF'S REQUEST FOR SERVICE AWARDS** |

WHEREAS, an action is pending before this Court entitled *Brianna Arredondo v. University of La Verne*, C.A. No. 2:20-cv-07665-MCS (the "Action");

WHEREAS, this Court has previously appointed Plaintiff Brianna Arredondo as Class Representative, appointed The Sultzer Law Group, P.C., Leeds Brown Law P.C., Shoop, A Professional Law Corporation, and Charon Law as Class Counsel, and certified a class of "[a]ll University of La Verne undergraduate students, excluding students in the Campus Accelerated Program for Adults, who paid tuition and/or the Mandatory Fees at La Verne's Main/Central campus location during the Spring 2020 term/semester." (ECF Nos. 117, 163.)

1

1  WHEREAS the Preliminary Approval Order also authorized Plaintiff to disseminate notice of the settlement, the Final Approval Hearing and related matters, to the Settlement Class; and

WHEREAS no class member has objected to or raised any issue with regard to Class Counsel's request for attorney's fees and reimbursement of expenses and costs advanced in the prosecution of this action, or the Named Plaintiff's request for a service award for herself and awards for the three supporting Class Members that have provided declarations and sat for depositions in this matter;

WHEREAS the work performed by Class Counsel and the expenses reasonably incurred in the prosecution of this action are detailed in the declarations of Jason Sultzer, Michael Tompkins, Thomas Alch, and Perry Segal in support of Plaintiff's motion, and those align with the information before the Court including during hearing before this Court, as a result of motion practice, and in prior proceedings known to the Court during this litigation;

IT IS HEREBY ORDERED THAT

Having considered all matters submitted to it including the complete record of the Action and good cause appearing therefore, the Court grants final approval of the Settlement and hereby finds and concludes as follows:

1. The capitalized terms used in this Order shall have the same meaning as defined in the Settlement Agreement except as may otherwise be ordered. This Order incorporates the Settlement Agreement and its Exhibits, the Preliminary Approval Order and its Exhibits.

2. This Court has subject-matter jurisdiction over this Litigation pursuant to 28 U.S.C. §§ 1332 and 1367 and personal jurisdiction over the Parties, including all Settlement Class Members, for all matters relating to this Litigation and the settlement, including, without limitation, the administration, interpretation, effectuation, and/or enforcement of the settlement, this order.

3. Class Counsel's application for an award of attorney's fees and reimbursement for costs and expenses is granted as fair and reasonable in accordance with the case law on the same and in light of the recovery detailed in the Settlement Agreement, for the work expended in this action, and for the reasonable expenses advanced in the prosecution of this action on behalf of the certified Class.

4. Plaintiff Arredondo's request for a service award of $5,000 is granted as her request is reasonable in accordance with the case law on the same and in light of the efforts she took in aiding in the prosecution of this action.

5. Class Members Kaylen Henry, Jovanni Echevarria, and Savanah Gherir request for an individual service award of $1,500 each is granted as their service awards are reasonable in accordance with the case law on the same and in light of the efforts they took in aiding in the prosecution of this action.

6. Accordingly, the following amounts shall be distributed by the Settlement Claims Administrator from the Qualified Settlement Fund (as defined in the Settlement Agreement) to the appropriate individuals and/or entities:

   a. Class Counsel's Costs, Fees and Expenses: $1,100,000.00
   b. Class representative payment to Plaintiff Brianna Arredondo: $5,000.00.
   c. Individual Class Member payments to Kaylen Henry, Jovanni Echevarria, and Savanah Gherir: $1,500.00 each.

7. Such amounts shall be due and paid by Defendant according to the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: April 14, 2023

_/s/ Mark C. Scarsi_
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE