| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Teri T. Pham (SBN 193383) <br> ENENSTEIN PHAM & GLASS <br> 3200 Bristol Street, Suite 500 <br> Costa Mesa, CA 92626 | TELEPHONE NO.: <br> (714) 292-0262 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR LIEN CLAIMANT: Peaches Nong Jensen | | |
| NAME OF COURT: United States District Court - Central District <br> STREET ADDRESS: 350 W. 1st Street <br> MAILING ADDRESS: 350 W. 1st Street <br> CITY AND ZIP CODE: Los Angeles 90012 <br> BRANCH NAME: Western Division | | |
| PLAINTIFF: Brianna Arrendondo | | |
| DEFENDANT: University of La Verne, et al. | | |
| **NOTICE OF LIEN** <br> (Attachment—Enforcement of Judgment) | CASE NUMBER: <br> 2:20-cv-07665-MCS-RAO | |

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☒ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court (specify): Los Angeles County Superior Court
   b. Name of case (specify): Peaches Nong Jensen v. Charon Solutions, Inc., et al.
   c. Number of case (specify): BC469884
   d. ☒ Date of entry of judgment (specify): 1/24/2022
   e. ☐ Dates of renewal of judgment (specify):

4. The name and address of the judgment creditor or person who obtained the right to attach order are (specify):
   Peaches Nong Jensen c/o Teri Pham, Enenstein Pham & Glass, 3200 Bristol St., #500, Costa Mesa, CA 92626
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are (specify):
   Perry Leonard Segal, 303 Twin Dolphin Drive, Suite 600, Redwood City, CA 94065
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 953,091.32
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

**NOTICE** The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: May 4, 2023

Teri T. Pham
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410

EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Nick I. Iezza, Esq.      SBN: 128570<br>SPIWAK & IEZZA, LLP<br>555 Marin Street, Suite 140<br>Thousand Oaks, CA 91360<br>TEL NO.: (805) 777-1175   FAX NO. (optional): (805) 777-1168<br>E-MAIL ADDRESS *(Optional):*<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: Peaches Nong Jensen
DEFENDANT: Charon Solutions, Inc., a California corporation; Perry Leonard Segal, et al.

CASE NUMBER: BC469884

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address
   
   > Perry Leonard Segal, an individual now doing business as Charon Law
   > 303 Twin Dolphin Dr, Ste 600
   > Redwood City, CA 94065
   
   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: 2096  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
   Perry Leonard Segal, an individual now doing business as Charon Law
   303 Twin Dolphin Dr, Ste 600 Redwood City, CA 94065

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Peaches Nong Jensen, c/o Spiwak & Iezza, LLP,
   555 Marin Street, Suite 140, Thousand Oaks, CA 91360

Date: October 3, 2022

Nick I. Iezza, Esq.
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

6. Total amount of judgment as entered or last renewed:
   $ 953,091.32
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 1/24/22
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):* 10/06/2022

Sherri R. Carter Executive Officer / Clerk of Court
Clerk, by    B. Portier    , Deputy

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190<br>Westlaw Doc & Form Builder |

Electronically Received 10/05/2022 01:43 PM

| PLAINTIFF: Peaches Nong Jensen | COURT CASE NO.: |
|---|---|
| DEFENDANT: Charon Solutions, Inc., a California corporation; Perry Leonard | BC469884 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Charon Solutions, Inc., a California corporation
303 Twin Dolphin Drive, Ste 600
Redwood City, CA 94065

Driver's license no. [last 4 digits] and state: ☒ Unknown
Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address):*

Charon Solutions, Inc., a California corporation,
303 Twin Dolphin Drive, Ste 600 Redwood City, CA 94065

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.